NAME _Lawrence Kirkley_

PRISON NUMBER _K 84395_

CURRENT ADDRESS OR PLACE OF CONFINEMENT _CSP SAC PO Box 290066_

CITY, STATE, ZIP CODE _Represa 95671_

**FILED**

MAR 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _RN_ DEPUTY

2254 ✓  1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No
COPIES SENT TO
Court ✓ ProSe

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

_Lawrence Kirkley_,
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

_J. Walker_,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

_____,
The Attorney General of the State of
California, Additional Respondent.

Civil No. _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

'08 CV 0466 W AJB

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   _Riverside superior_

2. Date of judgment of conviction: _12-3-98_

3. Trial court case number of the judgment of conviction being challenged: _pef 6308_

4. Length of sentence: _30 To life_

5. Sentence start date and projected release date: _2 - - 98_

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _245 (A) 2_
_x 3 , 664/187_

7. What was your plea? (CHECK ONE)
   (a) Not guilty       ☐
   (b) Guilty           ☑
   (c) Nolo contendere  ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury        ☐
   (b) Judge only  ☐

9. Did you testify at the trial?
   ☐ Yes  ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: _Denied_
    (b) Date of result, case number and citation, if known: _N/A_
    (c) Grounds raised on direct appeal: _Wende Brief_

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    (c) Grounds raised: _____

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _Denied_

    (b) Date of result, case number and citation, if known: _sept 06_

    (c) Grounds raised: _Eneffective Asistence counsel_

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☑ Yes  ☐ No

15. If your answer to #15 was "Yes," give the following information:

    (a) **California Superior Court** Case Number: _PEF 6308_

    (b) Nature of proceeding: _plea Agreement_

    (c) Grounds raised: _wende on Appeal_

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☒ No

    (e) Result: _____

    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☐ Yes  ☐ No

17. If your answer to #17 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number: _____

    (b) Nature of proceeding: _____

    (c) Grounds raised: _____

_____

_____

_____

    (d)  Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No

    (e)  Result: _____

    (f)  Date of result: _____

18.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☐ No

19.  If your answer to #19 was "Yes," give the following information:

    (a)  **California Supreme Court** Case Number:_____

    (b)  Nature of proceeding: _____

        _____

    (c)  Grounds raised: _____

        _____

        _____

        _____

        _____

    (d)  Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No

    (e)  Result: _____

    (f)  Date of result: _____

20.  If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?

☑ Yes ☐ No    (IF "YES" SKIP TO #11)

(a)  If no, in what federal court was the prior action filed? _____

(i) What was the prior case number? _____

(ii)  Was the prior action (CHECK ONE):

☐ Denied on the merits?

☐ Dismissed for procedural reasons?

(iii) Date of decision: _____

(b)  Were any of the issues in this current petition also raised in the prior federal petition?

☐ Yes ☐ No

(c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

☐ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:**  In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:**  If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:**  You must state facts, not conclusions, in support of your grounds.  For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do.  A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: 5Th Amendment DO
TO A Neghagent Lawyer

Supporting FACTS (state *briefly* without citing cases or law)

Lawyer Failed To Represent
Damichished capacity
Failed To Show priors was
a self Defense case under 654
one ocasion one set operative
Facts.

Did you raise <u>GROUND ONE</u> in the California Supreme Court?
☑ Yes ☐ No.

**(b) GROUND TWO:** 6TH Amendment violation

Supporting **FACTS** (state *briefly* without citing cases or law): _____

was sentenced under a contracted prior plea agrement where the contract was Breached By california probation under violate no law, a Trafic ticket showed a violation of probation was Denied for Excessive punishment

**Did you raise GROUND TWO in the California Supreme Court?**
☐ Yes ☑ No.

(c) **GROUND THREE**: Due process violation

Supporting FACTS (state *briefly* without citing cases or law): _____

was with the counties DAS office Knowing The Defendant was on probation And a Ticket By a 11550 Failed To violate His probation For Aditional punishment under The 3X5 law.

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☑ No.

**(d) GROUND FOUR:** _____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☑No

24. If your answer to #23 is "Yes," give the following information:

    (a)  Name of Court: _____

    (b)  Case Number: _____

    (c)  Date action filed: _____

    (d)  Nature of proceeding: _____

            _____

    (e)  Grounds raised: _____

            _____

            _____

            _____

            _____

    (f)  Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☑No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a)  At preliminary hearing: _____ Henry Rupp _____

    (b)  At arraignment and plea: ___ Leonard paul valadez ___

    (c)  At trial: _____ Leonard paul valader _____

    (d)  At sentencing: ___ Leonard paul valader ___

    (e)  On appeal: _____ Patrick Dunah _____

    (f)  In any post-conviction proceeding: _____

    (g)  On appeal from any adverse ruling in a post-conviction proceeding: _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☑Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    ☐ Yes  ☒ No

    (a) If so, give name and location of court that imposed sentence to be served in the future:

    _____

    (b) Give date and length of the future sentence: _____

    _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
       ☐ Yes  ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

    _____  2 - 5 - 08  _____


Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.



                                    _____

                                         SIGNATURE OF ATTORNEY (IF ANY)


I declare under penalty of perjury that the foregoing is true and correct.  Executed on


    3 - 5 - 08                      _____
    _____
         (DATE)                          SIGNATURE OF PETITIONER

THE PEOPLE

PLAINTIFF AND RESONDANT

V.

LAWRENCE KIRKLEY

    DEFENDANT AND APPELLANT

SUPER. CT. NO PEF 6308

1. (THE 654 penal code SAMe OCCASION SAM SET OF
2. operative FACTS ON PRIOR MINUTE order
3. STRIKES) INTENT OF CRIME WASN'T pre
4. meditated DO TO DEFENDANT WAITING FOR

5. SHERRIFS DEPT TO ARIVE.
6. (2) WEAPON HAD NOT BEEN DISCHARED Eully
7. (3) probation officer Had Failed TO violate
8. DEFENDANTS probation After positive tests
9. OF methamphetamines.
10. DO TO PO. As well ORANGE COUNTYs office
11. KNOWING THE Arest For meth WAS
12. INTENTIONAL DO TO THE 3X5 law.
13. violation OF contract where IT states
14. PLAINLY violate "NO" law. AUG 5 96 There
15. WAS Arest For meth & 11550.

<u>Exhibit 1</u>

(1) BY WAY OF Amended Information APPELLANT LAWRENCE Deon Kirkley was charged with one count of Atempted willful deliberate pre meditated murder pen code (664)187. Ex felon IN POSSESION OF FireArm PEN code 245 subd (A)(2) ₩ 246

(2) under the 654 PEN law IF There is A current conviction For more THAN one FELONY count NOT commited on the SAME OCCASION AND NOT Arising from the SAME set of operative Facts, the COURT shall sentence THE DEFENDANT consecutively on EACH count TO sub-division (E)

(3) The Amended Information on the priors case # 94WF0729 FA WAS A CASE where PREVIOS the Defendant Had Exercized His 2ND Amendment right TO BEAr Arms DO TO previosly testifying Against A Neighoorhood TEEN After He WAS shot At.

(4) THE DEFENDANT Had Fired A Registered 22 cal pistol AT TEENS After they knocked ON DOOR And ASSAulted A Family FrienD. The STRAY Bullets lodged Across the street For A 246 violation. one perpetrator got shot In His groin Area. Another In His BACK.

(5) under 654 SAME SET of operative Facts SAME OCCASION the Intent WAS TO scare them off the property.

(6)  WITH THE DISTRICT ATTORNEY USEING THE priors seperately For Aditional punishment NOT ONLY violates 654 code IT violates Double Jeopardy clauses.

(7)  WITH INTENT TO ASSAUlt under THE priors on the CASE WITH A 2ND Amendment Right TO Bear Arms For (1) Hunting (2) protection violates my Rights UNDER THE 2ND Amendment.

(8)  TO USE THESE FElONY's ON Record WHERE THE DISTRICT ATTORNEY Failed As well THE police DEPT Failed TO protect MY Family under THE EQUAl protetion laws, wHere THE Victim witNess program sHould HAVE BEEN UTILIZED For OUR Family.

(9)  TO use my controlling offense AS A TOOl For AdditionAl punishment violated my EQUAl protection law.

(10)  TO Fire THE WEAPON WITH ONE Intent WITH Evidence sHowing BY THE victims I never RAN After THEM BUT STOOD stationary During THE sHooting of A Registered HandguN.

1. UNDER APPEAL AS I ATTACH THE Information where Judgement BY THOMPSON HANKS, RICHLI, RAMIREZ HOLLENHORST Afirmed Judgment ON APPEAL. DENIED

2. UNDER THE 2ND PAGE OF APEAL #18. IT STATES THE District ATTORNEY STRUCK THE willful premeditated language From count (1)

3. TO USE A law OF will Deliberate premeditated ONE HAS TO look Into THE scope OF THE law. without THE premeditation willfulness OF THE crime THE crime IS under penal code law is a lesser offence.

4. ONE HAS TO HAVE Intent Into THE crime commited. For Defendant TO USE A FireArm on His spouse with Intent TO kill. THE District ATTORNEY must proove THE premedita-tion willful, Deliberate language OF THE crime.

5. (1). THE Bullets In THE WEAPON were NOT All Exspended A 6 shooter with 4 shots Fired shows There WAS't Intent TO kill.

6. (2) THE Defendant Had Never left THE scene OF THE crime shows Deliberate, willful pre-meditation DonT STAND as A Bargaining chip.

(1)      WITH THE District ATTORNEy AD-mitting THE Deliberate, premeditated, will-ful lANguAge To be STRickeN.

(2)      TO NOT ONly STRike THese 3 Ele-ments, As well Admit "By THE pAR-Ties INTENTIONS All AloNG would be TO Admit TO A lesser CHARge, without THis lANguAge INTo THE crime THE peNAl code lAw would be under THE 245 (A)(2) lANguAge OF AssAult with A DeADly weApON.

(3)      WiTH THE priors As ONE STRike ANd THE coNTrolliNG cAse A 245 (A)(2) THE Time sHould HAve BeeN AcordiNG To THE lAw 245 (A)(2) x 3 x 246 x 245 (A)(2) For THE controlliNG offeNse cArries OUT As follows

(4)      . 245 x 3 x 246 . = sAme seT operAtive FACTs cArries No ENhANcemeNTs BecAuse OF INTENT. CoNsecuTive 245 x 3 = 2, 3, 4 YeArs 2 YeArs RAN concurreNT.

Controlling 245 (A)(2) x$^3$ upper Term 4 YeArs. x controlling cAse upper Term 4 YeArs + GuN 3 YeArs = Double 8 YeArs + GuN 3 YeArs = 11 YeArs for crime

# EXHIBIT COVER PAGE $\boxed{2}$

EXHIBIT

Description if this exhibit:

Points And Athourites

Number of pages to this exhibit:_____pages

**JURISDICTION**: (Check One Only)

- ☐ MUNICIPAL COURT
- ☐ SUPERIOR COURT
- ☐ APPELLATE COURT
- ☐ STATE SUPREME COURT
- ☒ UNITED STATES DISTRICT COURT
- ☐ STATE CIRCUIT COURT
- ☐ UNITES STATES SUPREME COURT
- ☐ GRAND JURY

<u>NOT TO BE PUBLISHED</u>

## COURT OF APPEAL, FOURTH DISTRICT

## DIVISION TWO

## STATE OF CALIFORNIA

THE PEOPLE,

    Plaintiff and Respondent,

v.

LAWRENCE KIRKLEY,

    Defendant and Appellant.

FILED

DEC 2 2 1998

COURT OF APPEAL FOURTH DISTRICT

E022130

(Super.Ct.No. PEF6308)

**OPINION**

APPEAL from the Superior Court of Riverside County.  J. Thompson Hanks, Judge.  Affirmed.

Patrick DuNah, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

The defendant was charged by an amended information filed on November 24, 1997, with the following counts in violation of the Penal Code:[1] Count I, attempted

---

[1]    All further statutory references are to the Penal Code unless otherwise indicated.

1

willful, deliberate, and premeditated murder (§ 664/187) with personal infliction of great

bodily injury (§§12022.7, subd. (d), and 1192.7, subd. (c)(8)); and Count II, possession

of a firearm by an ex-felon (§§245, subd. (a)(2), and 246). Three strike priors were

alleged within the meaning of sections 667, subdivision (c) and 1170.12, subdivision (c),

and a serious felony prior was alleged within the meaning of section 667, subdivision(a).

On August 9, 1996, defendant entered the bathroom occupied by his girlfriend and

shot her once in the head, grazed her cheek and ear with another shot, and then shot her

twice in the chest. Defendant was arrested after his father subdued him.

On December 3, 1997, defendant represented by counsel entered into a plea

bargain. In exchange for a plea to the attempted murder count along with the admission

of the great bodily injury allegation and two of the strike priors, the district attorney was

to dismiss the remaining allegations. Defendant would receive five years on the great

bodily injury enhancement, plus a term of 25 years to life for the attempted murder

conviction as a third strike. Thereafter, defendant desired to withdraw his plea. The

court appointed defendant new counsel for the purposes of evaluating a motion to

withdraw the plea. New counsel advised the court he could find no grounds for a plea

withdrawal.

At sentencing on February 11, 1998, the court by stipulation stuck the willful

premeditated language from Count I, and defendant was sentenced to a determinate term

of five years, plus an indeterminate term of 25 years to life. Defendant, pursuant to

2

section 2933.1, received 552 days of actual credit and 82 days of conduct credit.  A restitution fine of $10,000 was imposed.

Defendant appealed, and, upon his request, this court appointed counsel to represent him.  Counsel has filed a brief under the authority of *People* v. *Wende* (1979) 25 Cal.3d 436 setting forth a statement of the case and a summary of the facts, and requesting this court to undertake a review of the entire record.

We offered defendant an opportunity to file a personal supplemental brief, which he has not done.

We have now concluded our independent review of the record and find no arguable issues.

The judgment is affirmed.

NOT TO BE PUBLISHED

/s/ Richli
                                                          J.

We concur:

/s/ Ramirez
                    P.J.

/s/ Hollenhorst
                    J.

3

## SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

**Case Number   94WF0729 F A**

| Report Request Criteria | |
|---|---|
| 1. Docket Date Range | : Date filter |
| 2. Sequence Number Range | : Sequence filter |
| 3. Docket Category | : Category filter |

**People Vs Kirkley, Lawrence**

| Docket Dt | Seq | Text |
|---|---|---|
| 1/18/2001 | 1 | **Hearing for 01/18/2001 on 04:15 PM , In Department C5 for Chambers Work .** |
| | 2 | Officiating Judge:  Ronald P. Kreber  , Judge |
| | 3 | Clerk:  J. Boyd |
| | 4 | No Court Reporter present at proceedings. |
| | 5 | No appearances . |
| | 6 | Court read and considered Request for Review of Case from Central Warrant Repository . |
| | 7 | Pursuant to the recommendation of the Deputy District Attorney Burl Estes, court will order the bench warrant recalled and terminate probation on this case . |

# SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ORANGE
# MINUTE ORDER

DEPT: __73__    CONVENED AT: _____ M    DATE __10-13-94__

HONORABLE __THOMAS BORRIS__    DEPUTY CLERK __M K Heaney__

BAILIFF __not used__    REPORTER __not used__

__94WF0729__    __PEOPLE v KIRKLEY, Lawrence__

NUNC PRO TUNC ORDER

NO APPEARANCES.    IT APPEARING TO THE COURT THAT THROUGH INADVERTENCE

THE MINUTE ORDER OF THIS COURT DATED __6-10-94__ DOES NOT

PROPERLY REFLECT THE ORDER OF THE COURT, SAID MINUTE ORDER

IS ORDERED CORRECTED NUNC PRO TUNC AS OF (Date) __6-10-94__

AS INDICATED BELOW.


ADD:  "Make full restitution to victim and/or state restitution fund

in amount and manner determined by Court through probation office."


ENTERED:    10-13-94

FLAW4(8/19/88)    MIN346

0182-490

MINUTE ORDER

**SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ORANGE**

# MINUTE ORDER

23 DEPT 73          CONVENED AT 9:00 AM          DATE: JUNE          10, 1994

JUDGE: HONORABLE CARDENAS, LUIS A.                    CLERK: TURNER, M _M H Sherrey_

BAILIFF: ZUBER, RICK                    REPORTER: ~~STEWART, CAROL~~  _Michelle Dizard_  2747

CASE: 94WF0729          PEOPLE VS KIRKLEY, LAWRENCE

HRG. RE: (CERT) CERTIFIED PLEA                    P. V. PET DATED_____

(X) DEFT. ( )NOT (X)IN CRT( )WITHOUT( )WITH CSL _Gerald Rizzillo_ ___
(X) PEO. REP BY _Todd Sorazen_ _____DDA.( )_____.
( ) P.D. APT'D TO REP. DEFT._____  PD PRES. ( )DECL. CONFLICT.
( )                    RELIEVED. ( )                    APPOINTED.
( )_____.
( )_____PRES. ( ) SWORN TO INTERPRET IN_____.
( ) DEFT FND. IN CONTEMPT/FAIL. TO APPEAR( )BAIL FORF. ( ) O.R. REVOKED.
( ) B/W ORD. ISS. FOR_____( )HELD TIL_____BAIL SET AT $_____.
( ) FORF. DEFERRED DUE TO COURT FINDING PURS 1305 PC.( )_____
( ) COURT GRANTS STAY UNTIL_____19___.( )___AM___PM( )DEPS_____( )O.C.J.
( ) ( )AMENDED ( )PV PETN ( )INDICT( )INFO. PRESENTED TO DEFT. & ORD. FILED.
(X) DEFT. (X)WAIVED ( )ADV. OF LEGAL & CONST. RIGHTS. ( )DEFT. ARRAIGNED.
(X) DEFT. WVD. STAT. TIME FOR( )ARRAIGN. ( )TRIAL (X)SENT( )PROB. REPORT.
(X) ~~INFO~~( )INDICT(X) AMENDED BY INTERLINEATION: _Ct/3 charged ∅ 245(a)(2) PC_
( ) DEFT. WVD READING DEFECTS & ADVISEMENT. ( )1050PC MTN FILED BY DEFT/PEO.
( ) TO( )AMENDED( )INDICT( )INFO. DEFT. PLEADS NOT GUILTY TO EACH COUNT.
( ) AND NOT GUILTY BY REASON OF INSANITY. ( )DEFT( )WAIVES ( )DEMANDS JURY.
( ) DEFT DENIES ( )PRIORS ( )ALL ALLEGATIONS AS SET FORTH. ( )_____
( ) PRETRIAL MOTIONS RESERVED. ( )DISCOVERY ORDER SERVED AND ORDERED FILED.
( )_____.
( ) CASE ASSIGNED TO HON._____IN DEPT_____FOR___
( )TRIAL ( )ALL PURPOSES ( )FURTHER PROCEEDINGS. TIME ESTIMATE:____DAYS.
( ) TRIAL ( )SET ( )TRL D ( )CONT TO_____19___.___AM. DPT._____.
( ) P.T. SET____19___AM DEPT___( )ARR CONT TO____19___.___AM DEPT___.
( ) HRG RE:_____SET_____19___.___AM DEPT_____
( ) PV ( )ARR ( )HRG ( )SET ( )CONT____19___.___AM DEPT_____
( ) DEFT ( )ADMITS ( )DENIES VIOL. OF PROB. ( )COURT FINDS DEFT IN VIOLATION.
( ) PROB ( )REVOKD ( )TERMINATED ( )ON COMPL. OF SENT. ( )EXTENDED.
( ) PROB REINSTATED ON THE SAME TERMS WITH ADDITIONAL CONDITION THAT DEF:__
( )_____.
( ) DEFT ORD TO RPT TO( )P.O.( ) IN DEPT____W/IN___HRS OF REL/RTN IF DEPORT.
( ) DEFT ADV THAT CRT HAS READ/CONSID ( )PROB ( )DR S ( )_____REPORT.
( ) DEFT MOTION TO WITHDRAW NOT GUILTY PLEA TO CNT(S)_____GRANTED.
(X) COURT FINDS DEFT INTELL & VOLUNTARILY WAIVED LEGAL & CONST RIGHTS TO
    JURY TRIAL, CONFRONT & EXAMINE WITNESSES AND TO REMAIN SILENT.
(X) DEFT'S WRITTEN WVR. OF LEGAL AND CONST. RTS. ON (X)GUILTY( )NOLO CONTENDRE
    PLEA REC'D & ORD. FILED. COURT FINDS FACTUAL BASIS & ACCEPTS PLEA, TO
    ( )AMEND(X)COMPL( )IND( )INFO DEFT PLEADS (X)GUILTY ( )NOLO CONTENDRE
    TO( _Counts 1,2,3,4_
(X) DEFT ADMITS (X)PRIORS CONV. (X)ALLEGATIONS OF _12022.5 x3_
(X) DEFT ADV ( ) CONSEQ OF PLEA IF NOT A CITIZEN( ) THIS CONSTITUTES
    A PRIOR CONVICTION ( ) FALLS WITHIN PARAMETERS OF PROPOSITION 8.
    (X)MAXIMUM EXPOSURE _16years_ (X)CONSEQ OF VIOLATING:( )PROB. ( )PAROLE.
(X) CSL. JOINS IN WAIVERS AND PLEA/ADMISSION_____
( ) DEFT. ( )APPLIED( )WVD.PROB. (X)REG. IMM. SENT. ( )PROB. REP ORDERED.
( ) DEFT ( )REM TO CUST ( )ORD TO RET. ( ) O.R. SIGNED ( )REL THIS CASE ONLY.
( ) B/W( )W/DRAWN( )RECALLED( )THIS M.O. CONST( )AM. PROB ORD. ( )BAIL EXON.

_FRANK PRO TEM JUNE_
_M.O. 06.13.9_

2-490

M002 CODES: B A 01 02 E1 E2 J N T  ~~MINUTE~~ ENTERED

**SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ORANGE**

# MINUTE ORDER

_94WF0729_ PEOPLE VS _Kirkby Lawrence_                    PAGE 2

(X) NO LEGAL CAUSE WHY JUDGMENT SHOULD NOT BE PRONOUNCED AND DEFT. HAVING
( ) PLED ( ) GUILTY ( ) NOLO CONTENDERE (X) TO ( ) BEEN FOUND GUILTY OF ( ) _245(a)(2)_ (
A( ) MISD. ( X FELONY AS CHGD IN CT _1,2,3_ AND _246 PC_      A( ) MISD. (X) FELONY
AS CHGD. IN CT. _4_

(X) DEFT SENT TO STATE PRISON FOR (X) LOW ( ) MID ( ) UPPER TERM OF _2_ YEARS.
(X) EXECUTION OF SENTENCE SUSPENDED AND DEFENDANT PLACED ON PROBATION FOR
   _3_      YRS UNDER THE FOLLOWING TERMS AND CONDITIONS:
( ) DEFT. COMMITTED TO C.Y.A. WITH MAXIMUM PENALTY OF _____ YEARS
( ) DEFT. REFERRED FOR DIAG. STUDY PURS. ( ) 1203.03 PC ( ) _____
( ) IMP. OF SENT. SUSP. & DEFT PLACED ON PROB. FOR ___ YRS. UNDER FOLLOWING TERMS:
   BE CONFINED IN OCJ FOR _1 year_
(X) CREDIT FOR TIME SERVED OF _88_ ACTUAL _44_ CONDUCT, TOTALING _132_ DAYS
( ) COURT ORDERS STAY OF EXECUTION UNTIL _____
( ) SENT. TO RUN ( ) CONCUR WITH ( ) CONSEC TO ( ) ANY OTHER SENT ON C-
( ) PAY RESTITUTION FINE OF $_____ ( ) PURS. 13967 GC ( ) FINE STAYED THEN
   PERMANENTLY STAYED UPON PAYMENT OF RESTITUTION ( ) MAKE FULL RESTITUTION
   TO VICTIM AND/OR STATE RESTITUTION FUND IN AMOUNT AND MANNER DETERMINED
   BY COURT THROUGH PROBATION OFFICE ( ) RESTITUTION AMOUNT $_____
( ) PAY FINE OF $_____ ( ) PLUS P.A. TO ( ) PROB DEPT ( ) COUNTY CLERK
( ) NOT BE IN PRESENCE OF MINOR CHILDREN UNLESS ACCOMP BY RESPONSIBLE ADULT
   OVER AGE 21 AND APPROVED BY P.O. (X) DO NOT CONTACT _Jason Ybarra; Fred_ &
( ) USE NO UNAUTHORIZED DRUGS, NARCOTICS OR CONTROLLED SUBSTANCES, SUBMIT
   TO DRUG OR NARCOTIC TESTING AS DIRECTED BY P.O. OR POLICE OFFICER
(X) SUBMIT YOUR PERSON, PROP, INCLUDING RESIDENCE, PREMISES, CONTAINERS
   OR VEHICLE UNDER YOUR CONTROL TO SEARCH AND SEIZURE AT ANY TIME OF THE
   DAY OR NIGHT BY ANY LAW ENFORCEMENT OR P.O. WITH OR WITHOUT A WARRANT,
   AND WITH OR WITHOUT REASONABLE CAUSE OR REASONABLE SUSPICION
(X) COOPERATE WITH P.O. IN PLAN FOR (X) PSYCHOLOGICAL (X) PSYCHIATRIC (X) DRUG
   (X) ALCOHOL TREATMENT OR COUNSELING
( ) REGISTER PURSUANT TO ( ) 290 PC ( ) 11590 H&S ( ) _____
(X) SEEK TRAINING, SCHOOLING OR EMPLOYMENT AND MAINTAIN RESIDENCE AND
   ASSOCIATES AS APPROVED BY THE PROBATION DEPARTMENT ( ) _____
( ) NOT OWN, USE OR POSSESS ANY TYPE OF DANGEROUS OR DEADLY WEAPON
( ) OBEY ALL LAWS, ORDERS, RULES AND REGULATIONS OF THE PROBATION DEPT.,
   COURT AND JAIL ( ) VIOLATE NO LAW ( ) _____
( ) NOT DRIVE A MOTOR VEH WITH MEASURABLE AMOUNT OF ALCOHOL IN THE BLOOD
( ) NOT DRIVE MOTOR VEHICLE WITHOUT VALID CALIF DRIVER'S LICENSE ON PERSON
( ) SUBMIT TO CHEMICAL TEST OF BLOOD, BREATH OR URINE ON DEMAND OF ANY PEACE
   OR PROBATION OFFICER ( ) _____
( ) NOT BE PRESENT IN ANY ESTABLISHMENT WHERE PRIMARY ITEMS FOR SALE ARE
   ALCOHOLIC BEVERAGES ( ) NOT CONSUME ANY ALCOHOLIC BEVERAGES
( ) PAY LAB ANALYSIS OF $50.00 AS DIR BY P.O. FOR EACH SPECIFIC DRUG CONV
(X) DEFT ACCEPTS TERMS, COND OF PROBATION. ( ) PROB REL'D OF SUPERVISION.
(X) DEFT ORDERED TO REPORT TO P.O. ( ) IN DEPT ___ (X) WITHIN _72_ HOURS
   OF RELEASE ( ) IN 48 HOURS OF RETURN IF DEPORTED ( ) _____
( ) COURT ORDERS REMAINING ( ) CTS ( ) ALLEG ( ) PRIORS ( ) DISMISSED ( ) STRICKEN.
   BAIL EXONERATED. ( ) VACATE TRIAL DATE OF _____
(X) THIS MINUTE ORDER TO CONSTITUTE THE (AMENDED) PROBATION ORDER.
( ) SHERIFF ORDERED TO DELIVER DEFT TO CUSTODY OF DEPT OF CORRECTIONS AT
   ( ) CHINO ( ) C.Y.A. ( ) FRONTERA (X) DEFT REMANDED TO CUSTODY.
( ) COURT FINDS DEFT DOES ( ) NOT HAVE ABILITY TO PAY APPOINTED COUNSEL $___
(X) PAY C.O.P. NOT TO EXCEED $_92_ AS DETERMINED BY P.O. _____
   ___ _J. Tibbs, or Darrell Berry_ ___

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, _Lawrence Kirkley_ am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_CSP SAC_
_PO Box 290066_
_Represa, CA_
_95671_

On, _3-5-08_ _____, I served the following documents: _writ Habents corpus minute order Exhibits_ _____ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _US District Court_
_880 Front Street_
_Suite_
_San Diego_
_California 92101_
_8900_

2. _____
_____
_____
_____
_____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _3_ day of _5_, _08_, at California State Prison at Sacramento, Represa, California.

(Signature) _Laurence Kirkley_
Declarant

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Lawrence Kirkley

2254   1983
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓
COPIES SENT TO
Court ✓   Probe

J. Walker

**FILED**

MAR 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Lawrence Kirkley
PO Box 290066
Represa, CA 95671
K-84395

**ATTORNEYS (IF KNOWN)**

'08 CV 0466 W AJB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX**
**(For Diversity Cases Only)                FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

| DATE   3/12/2008 | SIGNATURE OF ATTORNEY OF RECORD   _R. Miller_ |
|---|---|