If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

**PRISON CERTIFICATE**
(Incarcerated applicants only)
(to be completed by the institution of incarceration)

FILED MAR 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILING FEE PAID: Yes ___ No ✓
IFP MOTION FILED: Yes ✓ No ___
COPIES SENT TO: Court ✓ Pro Se ___

'08 CV 0466 W AJB

I certify that the applicant __Lawrence Kirkley__
(NAME OF INMATE)

__K 84395__
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at __CSP-SAC__

__CSP-SAC. PO Box 290066 Represa, CA, 95671__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0__,

and the *average monthly deposits* to the applicant's account was $ __0__.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__2/11/08__
DATE

__[signature]__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__KIM A. WIPF__
OFFICER'S FULL NAME (PRINTED)

__Acct CK II__
OFFICER'S TITLE/RANK

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __[signature]__
TRUST OFFICE

CIV-67 (Rev. 9/97)    -4-    ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____, request and authorize the agency holding me in
  (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10; 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____          _____
DATE                                SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                  -5-                ::ODMA\PCDOCS\WORDPERFECT\22835\1

```
REPORT ID: TS3030  .701                                    REPORT DATE: 02/15/08
                                                           PAGE NO:          1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIF STATE PRISON SACRAMENTO
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 15, 2008

ACCOUNT NUMBER  : K84395                       BED/CELL NUMBER: FA2 2 000000002S
ACCOUNT NAME    : KIRKLEY, LAWRENCE LEON        ACCOUNT TYPE: I
PRIVILEGE GROUP : D
                              TRUST ACCOUNT ACTIVITY

           << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
    DATE         HOLD
   PLACED        CODE         DESCRIPTION              COMMENT         HOLD AMOUNT
 ----------      ----    ------------------------    ------------     -----------
 01/30/2008      H118    LEGAL COPIES HOLD           702160 SUP              2.00
 01/30/2008      H103    DAMAGES-REFUSED TO SIGN HOLD 702161WIND            120.00

                              TRUST ACCOUNT SUMMARY
   BEGINNING        TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
    BALANCE        DEPOSITS    WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
   ---------      ---------    -----------     ---------     ---------    -------------
      0.00           0.00          0.00           0.00         122.00          0.00


                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ---------
                                                                122.00-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE