LODGED

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street,
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

2008 APR -3 PM 3:28

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

W. Samuel Hamrick, Jr.
Clerk of Court

BY: _____ DEPUTY

FILED 2008 APR -3 PM 3:43 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

March 20, 2008

Office of the Clerk
Eastern District of California
501 I Street
Sacramento, CA 95814-7300

Re: Kirkley v. Walker, Case No. 08cv0466 W (AJB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

APR -3 2008

THIS DATE OF _____
AND ASSIGNED CASE NUMBER

ED CV 08 - 00460 SGL (VBK)

CLERK, U.S. DISTRICT COURT

By: J. Mann _____, Deputy